LEO TURNER v. STATE.

No. A-637. Opinion Filed May 23, 1911.

Appeal from Comanche County Court; James H. Wolverton, Judge.

Stevens & Myers, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. On the 20th day of December, 1909, judgment was rendered against appellant for a violation of the prohibitory liquor law of the state of Oklahoma, and his punishment was assessed at a fine of $150, and 60 days confinement in the county jail. At the time of rendering the judgment the court made an order requiring appellant to file his case-made and transcript of the record with the Criminal Court of Appeals within 60 days from that date. There was no further extension of time made by the court for perfecting the appeal in this case. The 60 days allowed by the court for perfecting the appeal in this case expired on the 18th day of February, 1910, but appellant did not file his petition in error and case-made in this court until the 4th day of March, 1910, which was fourteen days after the time allowed for perfecting his appeal had expired. This court, therefore, has not acquired jurisdiction of the appeal, and the appeal is, therefore, dismissed.

JOE ZOLL v. STATE.

No. A-607. Opinion Filed June 6, 1911.

Appeal from Superior Court, Logan County; J. M. Sandlin, Judge.

F. H. McGuire, for plaintiff in error.

PER CURIAM. Joe Zoll, plaintiff in error, was informed against, tried and convicted of the crime of having in his possession intoxicating liquors with the intention of selling the same. The trial was had without objection before a jury composed of six men. He was found guilty and on October 30th, 1909, he was sentenced to serve a term of sixty days in the county jail and pay a fine of two hundred dollars. In his motion for a new trial, he alleges that the court erred in submitting said cause to a jury of six persons instead of empaneling a jury of twelve as provided by the Constitution. The question presented in this case has been passed upon in the case of William Dalton v. State, infra. For the reasons stated in the opinion in that case the judgment is reversed and the cause remanded with direction to grant a new trial.